**UNITED STATES BANKRUPTCY COURT**

Eastern District of Virginia
600 Granby St., Room 400
Norfolk, VA 23510

## NOTICE OF ELECTRONIC FILING PROCEDURE

| | |
|---|---|
| Case Name: | Garry L Black<br>Terece G Black |

Case Number:  10–70722–SCS                              Date Filed:  February 19, 2010

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov or http://www.vaeb.uscourts.gov/ecfnew/ecf.htm. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005–2 authorizing the Clerk to promulgate and revise the Court's Electronic Case Files Policy, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Administrative Procedures**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer running Internet Explorer or Firefox, Adobe Acrobat 4.0 or later software to convert documents from a word processor format to a portable document format (PDF), and an Internet Service Provider (ISP) using Point–to–Point Protocol (PPP). The URL address is *www.vaeb.uscourts.gov* and a password is needed to access this system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File by Computer Diskette or Conventionally" as provided for in the Electronic Case Files Policy to indicate your inability to file through use of the Internet component of CM/ECF. If the Court authorizes you to file by diskette, **then**

3. You must submit your documents on a diskette using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found in Adobe's manual. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of document, and the file name on the diskette. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4. You must submit your documents on a diskette using one of the following formats: Word, WordPerfect, or DOS text (ASCII). **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single–sided paper. Documents must be submitted with full signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Computer Diskette or Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

| | |
|---|---|
| Dated:  February 22, 2010<br>VAN–062 [ver. 3/2008] | William C. Redden<br>Clerk of the Bankruptcy Court |

# CERTIFICATE OF NOTICE

```
District/off: 0422-8          User: harrella              Page 1 of 1                   Date Rcvd: Feb 22, 2010
Case: 10-70722                Form ID: VAN062             Total Noticed: 20

The following entities were noticed by first class mail on Feb 24, 2010.
db/jdb        +Garry L Black,   Terece G Black,   3025 Benefit Road,    Chesapeake, VA 23322-3146
9492396        AlliedInterstate,    PO Box 1954,   Southgate, MI 48195-0954
9492397        Capital One,    PO Box 71083,   Charlotte, NC 28272-1083
9492398       +Carlton R. Coppersmith,    c/o Hubbard and Hartley,    709 Greenbrier Parkway,
                Chesapeake, VA 23320-3624
9492399       +Chesapeake Regional Medical Center,    736 Battlefield Boulevard, North,
                Chesapeake, VA 23320-4941
9492401      ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,   RICHMOND VA 23236-3690
               (address filed with court:   Focused Recovery Solutions, Inc.,    9701 Metropolitan Court,   Sute B,
                Richmond, VA 23236-3690)
9492402        Insta Mortgage,    PO Box 5452,   Mount Laurel, NJ 08054-5452
9492403        Internal Revenue Service,    Philadelphia, PA 19154-0030
9492406        Macy's,   PO Box 689195,    Des Moines, IA 50368-9195
9492407        New York & Co,    PO Box 659728,   San Antonio, TX 78265-9728
9492408        Old Navy Visa,    PO Box 960017,   Orlando, FL 32896-0017
9492409        Sears MasterCard,    PO Box 183082,   Columbus, OH 43218-3082
9492410        SunTrust,   PO Box 921819,    Norcross, GA 30010-1819
9492411        SunTrust Bank,    PO Box 791274,   Baltimore, MD 21279-1274
9492412        The Limited,    PO Box 659728,   San Antonio, TX 78265-9728
9492413       +The Prudential Insurance,    Company of America,   PO Box 8000,    Millville, NJ 08332-0098
9492400      ++VIRGINIA DEPARTMENT OF TAXATION,    P O BOX 2156,   RICHMOND VA 23218-2156
               (address filed with court:   Commonwealth of Virginia,    Department of Taxation,   PO Box 1777,
                Richmond, VA 23218-1777)
9492414        World Financial National Bank,    PO Box 182125,   Columbus, OH 43218-2125
The following entities were noticed by electronic transmission on Feb 23, 2010.
9492404        E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2010 01:39:03     JCPenny,   PO Box 960090,
                Orlando, FL 32896-0090
9492405        E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2010 01:39:04     Lowe's,   PO Box 530914,
                Atlanta, GA 30353-0914
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 24, 2010**                    **Signature:** *Joseph Speetjens*