**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia - NORFOLK DIVISION**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 10-70722-SCS |
| GARRY L. BLACK } | |
| TERECE G. BLACK } | Chapter 7 |
| } | |
| **Debtor(s)** } | |

**Proof of Service by Mail**

The undersigned hereby certifies that a true copy of the **Chapter 7 Individual Debtor's Statement of Intention,** was mailed to:

| | | |
|---|---|---|
| Insta Mortgage | SunTrust Bank | The Prudential Insurance |
| PO Box 5452 | PO Box 791274 | Company of America |
| Mt. Laurel, NJ 08054-5452 | Baltimore, MD 21279-1274 | PO Box 8000 |
| | | Millville, NJ 08332 |

at the addresses set forth above, by postage prepaid, first class United States mail on February 25, 2010.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 25, 2010.


/s/*Nicole A. Rosenblum*
Nicole A. Rosenblum, Esquire

Nicole A. Rosenblum, Esquire, VSB #42780
Crowley, Liberatore & Ryan, PC
1435 Crossways Boulevard, Ste 300
Chesapeake, VA 23320
(757) 333-4500
Counsel for the Debtors