Certificate Number: 02910-VAE-DE-010806321

Bankruptcy Case Number: 10-70722

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on April 29, 2010, at 12:06 o'clock PM EDT,

Garry Black completed a course on personal financial

management given by internet by

InCharge Education Foundation, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Eastern District of Virginia.

Date: April 30, 2010        By      /s/Overton Kuhn

                            Name    Overton Kuhn

                            Title   Customer Support Representative